David L. Hughes, Bar No. 129411
Gregory H. Smith, Bar No. 243385
ghsmith@boothmitchel.com
BOOTH, MITCHEL & STRANGE LLP
701 South Parker Street, Suite 6500
Orange, California 92868
(714) 480-8500 fax (714) 480-8533

Attorneys for Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INSURANCE COMPANY OF THE WEST, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants and Cross-Claimant,<br><br>vs.<br><br>PACWEST CORP., a California corporation; GEORGE HALABIAN, an individual; and LOUSINE HALABIAN, an individual,<br><br>Third Party Defendants. | Case No. 12-cv-06616-MLR<br><br>**STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAW**<br><br>**MSJ Date:** May 6, 2013<br><br>Action Filed: July 31, 2012<br>Trial:         July 16, 2013 |

After consideration of plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA's motion for summary judgment, pursuant to Rule 56, Fed. Civ. P., as against defendant INSURANCE COMPANY OF THE WEST, the Court determines that the following facts have been established and are undisputed:

**UNDISPUTED FACTS**

1. Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("TRAVELERS") is a citizen of Connecticut and defendants are citizens of California.

2. TRAVELERS was a construction surety that issued construction bonds on projects at the request of bond principals.

3. TRAVELERS issued a statutory public works payment bond ("Payment Bond") for a public work of improvement known as Safety and Technology at Adams Middle School and Carver Middle School ("Project"), naming George Halablian and Pacwest Construction (collectively "Pacwest") as principal, and Project owner Los Angeles Unified School District ("LAUSD"), as obligee.

4. Technion Contractors, Inc. ("TCI") was a second tier subcontractor of Pacwest on the Project.

5. On June 21, 2006, TCI filed a Stop Notice in the sum of $538,321.00 for payments owed for labor performed and materials provided to the Project.

6. On September 13, 2006, TCI filed a lawsuit in Los Angeles Superior Court, Case No. BC358498, for breach of contract, goods sold and delivered, account stated, quantum meruit, unjust enrichment, enforcement of stop notice and action on payment bond, against Romy Construction Inc., Pacwest, LAUSD and TRAVELERS ("Lawsuit").

7. On or about January 2, 2008, defendant INSURANCE COMPANY OF THE WEST ("ICW"), as stop notice release bond surety, issued a stop notice release bond on behalf of Pacwest, as principal, and LAUSD, as obligee, in the penal sum of $538,321.46 to release the money withheld on the stop notice filed by TCI.

8. On May 14, 2008, the parties to the Lawsuit stipulated to stay the Lawsuit pending the completion of arbitration, and on December 12, 2009, TCI filed an amended complaint to the Lawsuit that dismissed LAUSD on the stop notice cause of action and added ICW as a defendant on its cause of action on the stop notice release bond.

9. On or about March 12, 2012, an arbitration award was entered in favor of TCI and against Pacwest and TRAVELERS in the sum of $553,239.21.

10. On April 18, 2012, TRAVELERS paid TCI the arbitration award of $553,239.21.

11. On April 23, 2012, TRAVELERS demanded that ICW reimburse TRAVELERS for one half of the arbitration award paid to TCI ($276,619.60), as its co-surety, pursuant to Code of Civil Procedure §996.490(b).

12. ICW has refused and continues to refuse to reimburse TRAVELERS as its co-surety.

## CONCLUSIONS OF LAW

As a result of the aforesaid undisputed and established facts, the Court also determines that the following conclusions of law apply:

The Court has jurisdiction of this action pursuant to 28 U.S.C. section 1332 paragraph 2.

Defendant INSURANCE COMPANY OF THE WEST is a co-surety of plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA.

INSURANCE COMPANY OF THE WEST owes TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA the sum of $276,619.60 pursuant to its co-surety obligations.

Judgment shall therefore be entered in TRAVELERS INSURANCE COMPANY OF AMERICA's favor consistent herewith in the sum of $276,619.60 as against INSURANCE COMPANY OF THE WEST.

IT IS SO ORDERED.

This 30th day of May, 2013.

_____
THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

-3-
[PROPOSED] STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAW

## CERTIFICATE OF SERVICE

I, Joanne L. Cooper, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 701 South Parker Street, Suite 6500, Orange, CA 92868, located in the City and County of Orange.

I hereby certify that on May _____, 2013, a copy of the **[PROPOSED] STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAW** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May _____, 2013, at Orange, California.

JOANNE L. COOPER