David L. Hughes, Bar No. 129411
dlhughes@boothmitchel.com
Gregory H. Smith, Bar No. 243385
ghsmith@boothmitchel.com
BOOTH, MITCHEL & STRANGE LLP
701 South Parker Street, Suite 6500
Orange, California 92868
(714) 480-8500 fax (714) 480-8533

Attorneys for Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INSURANCE COMPANY OF THE WEST, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants and Cross-Claimant,<br><br>vs.<br><br>PACWEST CORP., a California corporation; GEORGE HALABIAN, an individual; and LOUSINE HALABIAN, an individual,<br><br>Third Party Defendants. | Case No. 12-cv-06616-MLR<br><br>**JUDGMENT FOR PLAINTIFF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**<br><br>MSJ Date:   May 6, 2013<br><br>Action Filed: July 31, 2012<br>Trial:          July 16, 2013 |

This matter came before the Court on plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA's motion for summary judgment, pursuant to Rule 56, Fed. Civ. P., as against defendant INSURANCE COMPANY OF THE WEST. There being no genuine issues of material facts in dispute, as stated in the Statement of Undisputed Facts and Conclusions of Law separately

1 filed, and TRAVELERS CASUALTY AND SURETY COMPANY OF
2 AMERICA being entitled to judgment as a matter of law, it is hereby ORDERED,
3 ADJUDGED and DECREED that the Clerk shall enter judgment FOR plaintiff
4 TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and
5 AGAINST defendant INSURANCE COMPANY OF THE WEST on plaintiff's
6 complaint in the sum of $276,619.60.
7     IT IS SO ORDERED.
8     This 30th day of May, 2013.

_____
THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Joanne L. Cooper, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 701 South Parker Street, Suite 6500, Orange, CA 92868, located in the City and County of Orange.

I hereby certify that on May _____, 2013, a copy of the **[PROPOSED] JUDGMENT FOR PLAINTIFF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May _____, 2013, at Orange, California.

JOANNE L. COOPER